# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| KIMBERLY M. ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 5:18-cv-00231-MTT |
| CHRISTIAN R. LIVINGSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S DEPOSITION PAGE AND LINE DESIGNATIONS**

Comes now, Plaintiff Kimberly Rose, and files her Plaintiff's Deposition Page and Line Designations, and respectfully show s the court the following:

1.

The plaintiff seeks to use the following pages of the deposition of Dr. Chapdelaine:

4:12-6:2;

7:6-13:25

14:14-14:16

14:23-21:15

21:23-23:11

24:1-25:1

25:21-26:13

27:5-29:11

33:1-33-7

33:12-41:11

41:24-46:22

47:1-56:1

56:7-59:17

59:19-63:21

64:1-64:11

64:23-65:11

65:17-70:17

72:7-74:12

76:19-78:2

78:5-78:11

78:17-79:1

80:5-91:13

This 7th day of October 2020.

                                              Submitted by:

                                              ***Jon R. Hawk Sr.***
                                              Jon R. Hawk, Sr.
                                              Morgan & Morgan, P.A.
                                              Attorney for Plaintiff
                                              230 Northside Crossing
                                              Macon, Georgia 31210

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Plaintiff's Deposition Page and Line Designations** via electronic service using the CM/ECF-Pacer system, which will automatically send email notification of such filing to the counsel of record, and/or depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Cubbedge Snow, III
Martin Snow, L.L.P.
PO Box 1606
Macon, Ga 31202
*Attorney for Defendant*

Wayne D. McGrew, III
Samuel E. Britt, III
McGrew, Miller, Bomar, Bagley LLC
50 Hurt Plaza, SE, Suite 1200
Atlanta, Ga 30303

This 7th day of October 2020.

*/s/ Jon R. Hawk, Sr.*
Georgia Bar No.: 338645
*Attorney for Plaintiff*